**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Cubist Pharmaceuticals, Inc.   v.   Hospira, Inc.

No. 15-1197 (consol.)

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Hospira, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: Gail J. Standish
Law firm: Winston & Strawn LLP
Address: 333 S. Grand Avenue, 38th Floor
City, State and ZIP: Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Fax #: (213) 615-1750
E-mail address: GStandish@winston.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/2/02

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/5/15                                         /s/ Gail J. Standish
Date                                            Signature of pro se or counsel

cc: Jack Blumenfeld, counsel for Cubist

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance has been served by e-mail and through the Court's Electronic Case Filing System this 5th day of January, 2015, on the following counsel:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899
Direct: 302-658-9200
Fax: 302-658-3989
Email: jblumenfeld@mnat.com

*/s/ Gail J. Standish*
Gail J. Standish